CLOSED, STAY

# U. S. District Court
## Western District of Arkansas (Fayetteville)
### CIVIL DOCKET FOR CASE #: 5:07-cv-05055-RTD
### Internal Use Only

Widen et al v. Menu Foods et al
Assigned to: Robert T. Dawson
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/23/2007
Jury Demand: Plaintiff
Nature of Suit: 385 Prop. Damage Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Richard Scott Widen**
*individually and all other persons similarly situated*

represented by **Jeremy Young Hutchinson**
Patton, Roberts, McWilliams & Capshaw
111 Center Street, Suite 1315
Little Rock, AR 72201
US
501-372-3480
Fax: 501-372-3488
Email: jhutchinson@pattonroberts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack T. Patterson, II**
Patton Roberts McWilliams Capshaw LLP
111 Center Street, Suite 1315
Little Rock, AR 72201
(501) 372-3480
Fax: (501) 372-3488
Email: jpatterson@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**James C. Wyly**
Patton, Roberts, McWilliams & Capshaw, L.L.P.
P. O. Box 6128
Texarkana, TX 75505
903/334-7000
Fax: 903/334-7007
Email: jwyly@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**Richard A. Adams**
Patton, Roberts, McWilliams &

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Arkansas.

Date Filed: _6-28-07_
Christopher R. Johnson, Clerk
By: _____, Deputy Clerk

Capshaw, LLP
2900 Saint Michael Drive
Suite 400
Texarkana, TX 75503
(903) 334-7107
Fax: (903) 334-7007
Email: radams@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**Sean F. Rommel**
Patton, Roberts, McWilliams, Greer &
Capshaw, L.L.P.
P.O. Box 6128
2900 St. Michael Drive
Texarkana, TX 75505-6128
(903) 334-7000
Fax: (903) 334-7007
Email: srommel@pattonroberts.com
*ATTORNEY TO BE NOTICED*

**Timothy Chad Hutchinson**
Williams & Hutchinson, LLP
5417 Pinnacle Point Drive
Suite 500
Rogers, AR 72758
(479) 464-4944
Fax: (479) 464-4946
Email: thutchinson@whs-lawfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Widen**                          represented by **Jeremy Young Hutchinson**
*individually and all other persons*                     (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                           **Jack T. Patterson, II**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **James C. Wyly**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Richard A. Adams**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Sean F. Rommel**
                                           (See above for address)

*ATTORNEY TO BE NOTICED*

**Timothy Chad Hutchinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Menu Foods**                                    represented by  **Christy Comstock**
                                                                 21 West Mountain Street
                                                                 Suite 300
                                                                 Fayetteville, AR 72701
                                                                 (479) 582-3382
                                                                 Email: ccomstock@joneslawfirm.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Income Fund**                        represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Gen Par Limited**                    represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Limited Partnership**                represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Operating Partnership**              represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Midwest Corporation**                represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods South Dakota**                       represented by  **Christy Comstock**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods, Inc.**                              represented by  **Christy Comstock**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menu Foods Holdings, Inc.**                represented by **Christy Comstock**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Wal-Mart Stores, Inc.**                    represented by **Marshall S. Ney**
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
5414 Pinnacle Point Drive
Suite 500
Rogers, AR 72758
(479) 273-9561
Fax: (479) 273-0527
Email: mney@mwsgw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2007 | ☉1 | COMPLAINT against Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership ( Filing fee $ 350 receipt number 5000051.), filed by Richard Scott Widen, Barbara Widen.(ct) (Entered: 03/23/2007) |
| 03/23/2007 | | Magistrate Notice/Consent Furnished (ct) (Entered: 03/23/2007) |
| 03/23/2007 | ☉ | Summons Issued as to Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership and returned to attorney/plaintiff for service (ct) (Entered: 03/23/2007) |
| 03/23/2007 | ☉2 | Remark copy of complaint and docket sheet sent to MDL (ct) (Entered: 03/23/2007) |
| 03/26/2007 | | ***Staff notes*** copy of docket sheet and complaint sent to MDL per MSJ (ct) (Entered: 03/26/2007) |
| 03/26/2007 | ☉ | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiffs Richard Scott Widen, Barbara Widen. Complaint, 1 lists multiple attorneys, Jeremy Hutchinson, Jack Patterson, Richard Adams, James Wyly and Sean Rommel, appearing for the filer. All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification |

| | | |
|---|---|---|
| | | of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (ct) (Entered: 03/26/2007) |
| 04/04/2007 | ◑3 | NOTICE of Appearance by James C. Wyly on behalf of all plaintiffs (Wyly, James) (Entered: 04/04/2007) |
| 04/04/2007 | ◑4 | NOTICE of Appearance by Jack T. Patterson, II on behalf of all plaintiffs (Patterson, Jack) (Entered: 04/04/2007) |
| 04/04/2007 | ◑5 | NOTICE of Appearance by Richard A. Adams on behalf of all plaintiffs (Adams, Richard) (Entered: 04/04/2007) |
| 04/05/2007 | ◑6 | NOTICE of Appearance by Sean F. Rommel on behalf of all plaintiffs (Rommel, Sean) (Entered: 04/05/2007) |
| 04/13/2007 | ◑7 | NOTICE of Appearance by Timothy Chad Hutchinson on behalf of Richard Scott Widen, Barbara Widen (Hutchinson, Timothy) (Entered: 04/13/2007) |
| 04/17/2007 | ◑8 | MOTION to Stay re 1 Complaint, by Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership. (Attachments: # 1 Exhibit A-1, pgs 1-50# 2 Exhibit A-2, pgs 51-100# 3 Exhibit A-3, pgs 101-117# 4 Exhibit B-1, pgs 1-50# 5 Exhibit B-2, pgs 51-100# 6 Exhibit B-3, pgs 101-155# 7 Exhibit C-1, pgs 1-50# 8 Exhibit C-2, pgs 51-100# 9 Exhibit C-3, pgs 101-150# 10 Exhibit C-4, pgs 151-200# 11 Exhibit C-5, pgs 201-215# 12 Exhibit D, Hearing Order 5-31-07)(Comstock, Christy) Modified on 4/23/2007 to correct text(jn). (Entered: 04/17/2007) |
| 04/17/2007 | ◑9 | MEMORANDUM BRIEF in Support of 8 MOTION to Stay re 1 Complaint, by Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership. (Comstock, Christy) (Entered: 04/17/2007) |
| 04/18/2007 | ◑ | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Defendants Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Wal-Mart Stores, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership. Memorandum Brief in Support 9 Motion to Stay 8 lists multiple attorneys (Robert L. Jones, Edward Ruff and Michael Turiello) appearing for the filer. All listed attorneys, other than the attorney signing the pleading, must enter a separate Notice of Appearance in order to receive electronic notification of future activity in the case. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (tg) (Entered: 04/18/2007) |
| 04/25/2007 | ◑10 | NOTICE of Appearance by Marshall S. Ney on behalf of Wal-Mart Stores, Inc. (Ney, Marshall) (Entered: 04/25/2007) |
| | | |

| 04/25/2007 | ❂11 | MOTION for Extension of Time to File Response/Reply by Wal-Mart Stores, Inc.. (Ney, Marshall) (Entered: 04/25/2007) |
| 04/25/2007 | ❂12 | ORDER granting 11 Motion for Extension of Time to File Responsive pleading to May 15, 2007 . Signed by Judge Robert T. Dawson on 4/25/07. (ct) (Entered: 04/25/2007) |
| 04/25/2007 | ❂ | Set/Reset Deadlines: Wal-Mart Stores, Inc. answer due 5/15/2007 per order dated 4/25/07 (ct) (Entered: 04/25/2007) |
| 04/27/2007 | ❂13 | RESPONSE to Motion re 8 MOTION to Stay re 1 Complaint, *all Proceedings* filed by Richard Scott Widen, Barbara Widen. (Attachments: # 1)(Hutchinson, Jeremy) (Entered: 04/27/2007) |
| 04/27/2007 | ❂14 | ORDER granting 8 Motion to Stay pending transfer decision by the Judicial Panel on Multidistrict Litigation. Signed by Judge Robert T. Dawson on 4/27/07. (ct) (Entered: 04/27/2007) |
| 04/27/2007 | | ***Civil Case Terminated. (ct) (Entered: 04/27/2007) |
| 06/27/2007 | ❂15 | NOTICE by Menu Foods Operating Partnership, Menu Foods Midwest Corporation, Menu Foods South Dakota, Menu Foods, Inc., Menu Foods Holdings, Inc., Menu Foods, Menu Foods Income Fund, Menu Foods Gen Par Limited, Menu Foods Limited Partnership *Of Multi District Litigation* (Attachments: # 1 Exhibit A -- Notice of Multi District Litigation)(Comstock, Christy) (Entered: 06/27/2007) |
| 06/28/2007 | ❂16 | MDL CONDITIONAL TRANSFER ORDER. Case transferred to District of New Jersey and assigning to Honorable Noel L. Hillman, Case No. 07-cv-2867. Documents transmitted as requested. (Attachments: # 1 Letter from District of New Jersey)(tg) (Entered: 06/28/2007) |